IN THE SUPREME COURT OF TEXAS

 No. 04-1132

 IN RE DILLARD DEPARTMENT STORES, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency temporary relief, filed January
19, 2005, is granted. All trial court proceedings in Cause No. 2004-415,
styled Delia Garcia v. Dillard's Department Stores, Inc., in the 327th
District Court of El Paso County, Texas, are stayed pending further order
of this Court.

 Done at the City of Austin, this January 28, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk